[No. 10,758.—In Bank.]
August 30, 1882.

## THE PEOPLE v. BENJAMIN LEWIS.

INFORMATION—BURGLARY—NEW TRIAL.

APPEAL from a judgment of conviction and answer deny-ing a new trial in the Superior Court of the County of Te-hama. MAYHEW, J.

*J. F. Ellison*, for Appellant.

*A. L. Hart*, Attorney-General, for Respondent.

The COURT:

The information was substantially the same in this case that it was in case No. 10,757, *supra*, against the same de-fendant, and what we said about the information in that case is applicable to this.

The evidence was sufficient to justify the verdict, and we will not disturb it.

The Court did not err in denying the defendant's motion for a new trial, on the ground of newly discovered evidence. The case does not show the requisite amount of diligence.

Judgment and order affirmed.